JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

LONG HOANG NGUYEN,

Petitioner,

v.

JOSHUA JOHNSON, et al.,

Respondents.

Case No. 5:26-cv-03976-KES

**JUDGMENT**

Pursuant to the Court's Order Granting the Petition in Part and Ordering Petitioner's Release from Custody, IT IS ADJUDGED that Grounds 1 and 3 of the Petition are granted, and Grounds 3, 4, and 5 of the Petition are dismissed without prejudice.

DATED: July 28, 2026

Karen E. Scott

KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE